**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 24-62388-CIV-SINGHAL

ADIDAS AG, *et al.*,

          Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

          Defendants.

_____/

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**
**AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc. submit the following Corporate Disclosure Statement and Certificate of Interested Parties:

**1.**    **Corporate Disclosure**

Plaintiff adidas AG has no parent corporation. No publicly held corporation owns 10% or more of the stock of Plaintiff adidas AG.

Plaintiff adidas International Marketing B.V. is a wholly owned subsidiary of Plaintiff adidas AG.

Plaintiff adidas America, Inc. is a wholly owned subsidiary of adidas North America, Inc., a non-public Delaware corporation. adidas North America, Inc. is a wholly owned subsidiary of Plaintiff adidas International Marketing B.V. Plaintiff adidas International Marketing B.V. is a wholly owned subsidiary of Plaintiff adidas AG.

**2.**    **Interested Parties**

    a.  adidas AG – Plaintiff.

    b.  adidas International Marketing B.V. – Plaintiff.

    c.  adidas America, Inc. is – Plaintiff.

    d.  adidas North America, Inc. – Parent corporation to Plaintiff adidas America, Inc..

    e.  All Named Defendants.

    f.  Stephen M. Gaffigan, P.A. – Counsel for Plaintiffs.

DATED: December 22, 2024.          Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: **Virgilio Gigante**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud

Attorneys for Plaintiffs